**RICHARD JOHNSTON TRUSTEE**
SERVICE MARINE INDUSTRIES, INC.
CHAPTER 7 CASE 98-15377
P.O. BOX 610
BELLE CHASSEE, LA 70037

**HIBERNIA NATIONAL BANK**
14-9/650

2260

12/3/2007

PAY TO THE ORDER OF   Clerk of Court, U.S. Bankruptcy Court    $ **13,640.60

Thirteen Thousand Six Hundred Forty and 60/100************************************************** DOLLARS

Clerk of Court, U.S. Bankruptcy Court
Eastern District of Louisiana
500 Poydras St., Room B-601
New Orleans, LA 70130-3386



MEMO: Registry of Court

⑈007260⑈ ⑆065000090⑆81 25⑆1698 1⑈

ERS - COLORED PATTERN - ARTIFICIAL WATERMARK ON REVERSE SIDE - MISSING FEATURE INDICATES A COPY

| | | |
|---|---|---|
| ICE MARINE INDUSTRIES, INC. | | 2260 |
| | 12/3/2007 | |
| Turnover of Funds from uncleared checks | | 13,640.60 |
| | | 13,640.60 |

```
UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 223146    - RW
* * C O P Y * *
December  04, 2007
     09:29:55

TREASURY REGFUND
    98-15377
or.: SERVICE MARINE INDUSTRIES, INC
nt.:
<#.: 2260     $13,640.60 CH

tal->  $13,640.60
```

RICHARD JOHNSTON
TRUSTEE

RICHARD JOHNSTON
P. O. Box 610
Belle Chasse, LA 70037
504-453-3600 Cell

Clerk, United States Bankruptcy
Eastern District of Louisiana
500 Poydras Street, Room B-601
New Orleans, LA 70130-3386
Attention: Mrs. Betty Smith

IN RE: RICHARD JOHNSTON, TRUSTEE
    SERVICE MARINE INDUSTRIES, INC.    CASE NO. 98-15377
    A LOUISIANA CORPORATION    CHAPTER 7
    DEBTOR

Dear Ms. Smith:    12-03-07

Enclosed herewith please find check #2260 in the amount of $13,640.60 representing funds disbursed to the following creditors pursuant to Trustee's Final Report and Proposed Distribution by Order signed on May 23, 2007.

| | |
|---|---|
| LA Dept. of Environmental Quality<br>P. O. Box 82282<br>Baton Rouge, LA 70884-2282<br>Claim # 67 | $133.00 |
| LA Dept. of Environmental Quality<br>P. O. Box 82282<br>Baton Rouge, LA 70884-2282<br>Claim # 68 | $108.00 |
| Com Fact Corp.<br>710 Dorval Drive, Suite 300<br>Oakville, Ontario L6K3V7<br>Claim # 25 | $317.84 |
| Intermedia Comm.<br>P. O. Box 8160<br>Monroe, LA 71211<br>Claim # 36 | $184.62 |

| | |
|---|---|
| Seacoast Electric Company Inc.<br>P. O. Box 8500<br>Philadelphia, PA 19178-8500<br>Claim # 109 | $331.77 |
| John C. Cutrone<br>1506 Chestnut Drive<br>Morgan City, LA 70380<br>Claim # 166 | $12.67 |
| R S Fabrication<br>P. O. Box 478<br>Lockport, LA 70374<br>Claim # 168 | $18.32 |
| Cigna Ret. Service<br>P. O. Box 2975<br>Hartford, CT 06103<br>Claim # 169 | $142.53 |
| Tri State Lighting<br>C/o David M. Shaw<br>P. O. Box 3039<br>Evansville, IN 47730-3039<br>Claim # 182 | $179.96 |
| Mobile Media Communications, Inc.<br>8901 Autobshn Drive<br>Dallas, TX 75237<br>Claim # 194 | $1.20 |
| C E Marine Prod.<br>P. O. Box 4036<br>Houma, LA 70361<br>Claim # 216 | $1.71 |
| Patterson Marine, Inc.<br>C/o David Culpepper<br>755 Magazine Street<br>New Orleans, LA 70130<br>Claim # 56 | $151.48 |

| | |
|---|---|
| Johnston Bros. Land & Marine<br>P. O. Box 1138<br>Paterson, LA 70392<br>Claim # 605 | $996.13 |
| Thomas Clement<br>13185 Palm Street<br>Vacherie, LA 70090<br>Claim # 630 | $5.97 |
| Katie Crochet<br>206 Project Road<br>Thibodaux, LA 70301<br>Claim # 633 | $18.17 |
| Clifford Williams<br>1250 ½ Bourbon Street<br>Thibodaux, LA 70301<br>Claim # 634 | $20.24 |
| Mathew Braud<br>111 Mars Street<br>Thibodaux, LA 70301<br>Claim # 635 | $38.68 |
| Team Inc.<br>P. O. Box 213<br>Mt. Vernon, IN 47620<br>Claim # 124 | $647.44 |
| Gator Oilfield & Marine Supply Div.<br>C/o Walter Antin, Jr.<br>P. O. Box 2605<br>Hammond, LA 70404-2605<br>Claim # 664 | $643.50 |
| E. L. Lester Company<br>P. O. Drawer 14169<br>Houston, TX 77221<br>Claim # 123 | $2,071.04 |

| | |
|---|---|
| James Adkins<br>C/o Robert J. Tete<br>P. O. Box 910<br>Lake Charles, LA 70602<br>Claim # 263 | $173.85 |
| James Denman<br>P. O. Box 910<br>Lake Charles, LA 70602<br>Claim # 285 | $102.00 |
| Larry L. Duhon<br>C/o Robert J. Tete<br>P. O. Box 910<br>Lake Charles, LA 70602<br>Claim # 320 | $319.58 |
| Larry B. Schilling<br>C/o Robert J. Tete<br>P. O. Box 910<br>Lake Charles, LA 70602<br>Claim # 441 | $269.93 |
| Applied Hydra. Systems, Inc.<br>204 Industrial Blvd. C<br>Houma, LA 70363<br>Claim # 445 | $64.34 |
| Ed Smith Stencil<br>P. O. Box 30726<br>New Orleans, LA 70190-0726<br>Claim # 446 | $4.54 |
| John K. Johnson<br>124 Connely Street<br>Houma, LA 70363<br>Claim # 456 | $30.58 |
| G. E. Modular Services<br>40 Liberty Boulevard<br>Malvern, PA 19355<br>Claim # 602 | $736.72 |

Barnes Environmental International, Inc.      $5,904.79
C/o Samuel A Giberga
Rice Fowler
201 St. Charles Ave., 36th Floor
New Orleans, LA 70170
Claim # 45

**TOTAL:**      **$13,640.60**

As more than 120 days have elapsed since the issuance of these checks, which have not cleared and are now voided, therefore please place these funds in the Registry of the Court.

Thanking you for your assistance and cooperation in this matter and with best wishes, I am

                                Very truly yours,

                                Richard Johnston
                                Trustee

File: SMI-Final Acct.