UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:	BANKRUPTCY CASE NO. 98-15377

Debtor     SERVICE MARINE INDUSTRIES, INC.

## MOTION TO REMOVE FUNDS FROM THE REGISTRY OF THE COURT

I, Lyle Bates, Bates Unlimited & Associates, Inc., DBA; Gator Oilfield & Marine Supply, residing at 10600 Six Pines, The Woodlands, TX, 77380, hereby request payment of $643.50, (Six hundred forty three & 50/00 Dollars), being the amount of money due me for the allowed claim filed in the subject case. When distribution was made in this case I (We) did not receive assigned dividend because Gator Oilfield changed name to the parent company, moved and forwarding mail attempts were unsuccessful.

Lyle Bates,
Bates Unlimited & Associates, Inc.
P.O. Box 8824, The Woodlands, TX 77387
76-0325295
713-249-6870

ARTICLES OF INCORPORATION

OF

BATES UNLIMITED & ASSOCIATES, INC.

ARTICLE I.

The name of the corporation is Bates Unlimited & Associates, Inc.

ARTICLE II.

The period of its duration is perpetual.

ARTICLE III.

The corporation is organized for the purpose of transacting any and all lawful business for which corporations may be incorporated under the Texas Business Corporation Act.

ARTICLE IV.

The aggregate number of shares which the corporation shall have authority to issue is 10,000 shares of common stock of the par value of $.01 each.

ARTICLE V.

The corporation will not commence business until it has received for the issuance of its shares consideration of the value of not less than $1,000.00.

ARTICLE VI.

Any action required by law to be taken at any annual or special meeting of shareholders, or any action which may be taken at any annual or special meeting of shareholders, may be taken without a meeting, without prior notice, and without a vote, if a

275JRH.ART

consent or consents in writing, setting forth the action so taken, shall be signed by the holder or holders of shares having not less than the minimum number of votes that would be necessary to take such action at a meeting at which the holders of all shares entitled to vote on the action were present and voted. Prompt notice of the taking of any such action by shareholders without a meeting by less than unanimous written consent shall be given to those shareholders who did not consent in writing to the action.

## ARTICLE VII.

At each election for directors every shareholder entitled to vote at such election shall have the right to vote, in person or by proxy, the number of shares owned by him for as many persons as there are directors to be elected and for whose election he has a right to vote. A shareholder may not cumulate his votes in any election of directors. Preemptive rights on behalf of the shareholders of the corporation to acquire additional, unissued or treasury shares of the corporation, or securities of the corporation convertible into or carrying a right to subscribe to or acquire shares, are hereby expressly denied.

## ARTICLE VIII.

The corporation, without vote of shareholders, may purchase, directly or indirectly, its own shares to the extent of the aggregate of unrestricted capital surplus available therefor and unrestricted reduction surplus available therefor.

ARTICLE IX.

A director of the corporation is not liable to the corporation or its shareholders for monetary damages for an act or omission in the director's capacity as a director, except that this Article IX does not eliminate or limit the liability of a director for: (1) a breach of a director's duty of loyalty to the corporation or its shareholders; (2) an act or omission not in good faith or that involves intentional misconduct or a knowing violation of the law; (3) a transaction from which a director received an improper benefit, whether or not the benefit resulted from an action taken within the scope of the director's office; (4) an act or omission for which the liability of a director is expressly provided for by statute; or (5) an act related to an unlawful stock repurchase or payment of a dividend.

ARTICLE X.

The address of its registered office is 2170 Buckthorne Place, Suite 360, The Woodlands, Texas 77380, and the name of its registered agent at such address is Jeffrey R. Harder.

ARTICLE XI.

The number of initial directors is one (1), and the name and address of the director is:

Lyle Bates
11 Dewthread Court
The Woodlands, TX 77380

## ARTICLE XII.

The name and address of the incorporator is Jeffrey R. Harder, 2170 Buckthorne Place, Suite 360, The Woodlands, Texas 77380.

_____
Jeffrey R. Harder

BATES UNLIMITED & ASSOCIATES, INC.
Consent of Directors in lieu of Organizational Meeting

IN RE: Filing of DBA for operations in Louisiana

Resolved, that Lyle Bates has the authority to file a DBA for BATES UNLIMITED & ASSOCIATES, INC. in the name of GATOR OIL FIELD & MARINE SUPPLY and to begin operations in Lafayette, Louisiana.

Dated  12-1-1992

Director:

*[signature: Lyle Bates]*

Lyle Bates

# Gator Oilfield & Marine Supply, Div.

*Bates Unlimited & Associates, Inc.*
*435 Industrial Parkway, suite 6*
*Lafayette Louisiana 70506*
*318-237-2836,    Fax 318-268-9581*

January 15, 1999

Dear Valued Customer,

As you are aware, our industry is going through some changes, as are we. Bates Unlimited & Associates, Inc, has been operating in Lafayette since 1993, with the dba; Gator Oilfield & Marine Supply Div. We have decided to cease operations under that dba and continue to operate under the parent company, Bates Unlimited & Associates, Inc, beginning February 1, 2000.

Tessie Malcomb will continue in the Lafayette area with the same local phone numbers representing Bates Unlimited. We look forward to working with you and supplying the service you expect from Bates.

Sincerely yours,


Lyle Bates



U.S. POSTAL SERVICE — CERTIFICATE OF MAILING
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:
Bates Anumiters & Assoc.
PO Box 8824
The Woodlands TX 77387

One piece of ordinary mail addressed to:
US Attorney's Office
Hale Boggs Federal Bldg.
501 Magazine St
New Orleans LA 70130

PS Form 3817, Mar. 1989

```
========================================
           WOODLANDS METRO
            Spring, Texas
             773809998
           4841490380-0094
07/22/2008 (281)419-7948 12:04:26 PM
========================================
============ Sales Receipt =============
Product          Sale  Unit      Final
Description      Qty   Price     Price

NEW ORLEANS LA 70130              $0.42
Zone-3 First-Class
Letter
 0.40 oz.
                              ==========
 Issue PVI:                       $0.42

Certificate      1    $1.10       $1.10
of Mailing
                              ==========
Total:                            $1.52

Paid by:
Cash                              $1.52

Order stamps at USPS.com/shop or
call 1-800-Stamp24.  Go to
USPS.com/clicknship to print
shipping labels with postage.  For
other information call
1-800-ASK-USPS.

Bill#:1000600573587
Clerk:10

All sales final on stamps and postage.
Refunds for guaranteed services only.
    Thank you for your business.
************************************
************************************
       HELP US SERVE YOU BETTER

   Go to: http://gx.gallup.com/pos

      TELL US ABOUT YOUR RECENT
          POSTAL EXPERIENCE

         YOUR OPINION COUNTS
************************************
************************************


             Customer Copy
```

**RICHARD JOHNSTON TRUSTEE**
SERVICE MARINE INDUSTRIES, INC.
CHAPTER 7 CASE 98-15377
P.O. BOX 610
BELLE CHASSEE, LA 70037

**HIBERNIA** NATIONAL BANK
14-9/650

2260

12/3/2007

PAY TO THE ORDER OF   Clerk of Court, U.S. Bankruptcy Court          $ **13,640.60

Thirteen Thousand Six Hundred Forty and 60/100********************************************************** DOLLARS

Clerk of Court, U.S. Bankruptcy Court
Eastern District of Louisiana
500 Poydras St., Room B-601
New Orleans, LA 70130-3386

MO:   Registry of Court

B. E. Johnston

000090 81  25 1698

ICE MARINE INDUSTRIES, INC.                                  2260
                                    12/3/2007
Turnover of Funds from uncleared checks              13,640.60

**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 223146    - RW
* * C O P Y * *
December 04, 2007
09:29:55

**TREASURY REGFUND**
98-15377

tor.: SERVICE MARINE INDUSTRIES, INC
unt.:          $13,640.60 CH
ck#.: 2260

otal-> $13,640.60

t: RICHARD JOHNSTON
   TRUSTEE

643 50
Due
Gator Oilfield
& Marine Supply

13,640.60

| | |
|---|---|
| Johnston Bros. Land & Marine<br>P. O. Box 1138<br>Paterson, LA 70392<br>Claim # 605 | $996.13 |
| Thomas Clement<br>13185 Palm Street<br>Vacherie, LA 70090<br>Claim # 630 | $5.97 |
| Katie Crochet<br>206 Project Road<br>Thibodaux, LA 70301<br>Claim # 633 | $18.17 |
| Clifford Williams<br>1250 ½ Bourbon Street<br>Thibodaux, LA 70301<br>Claim # 634 | $20.24 |
| Mathew Braud<br>111 Mars Street<br>Thibodaux, LA 70301<br>Claim # 635 | $38.68 |
| Team Inc.<br>P. O. Box 213<br>Mt. Vernon, IN 47620<br>Claim # 124 | $647.44 |
| Gator Oilfield & Marine Supply Div.<br>C/o Walter Antin, Jr.<br>P. O. Box 2605<br>Hammond, LA 70404-2605<br>Claim # 664 | $643.50 |
| E. L. Lester Company<br>P. O. Drawer 14169<br>Houston, TX 77221<br>Claim # 123 | $2,071.04 |