UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: )
SERVICE MARINE INDUSTRIES, INC., ) EX PARTE Case No. 98-15377
) (Chapter 7)
DEBTOR(S) )

## ORDER

Considering the motion of General Electric Company on behalf of GE Capital Modular Space requesting payment of unclaimed funds pursuant to 11 U.S.C. § 347 and 28 U.S.C. Section 2041, et. seq.,

**IT IS ORDERED** that unclaimed funds for the benefit of GE Capital Modular Space in the approximate amount of $736.72 be released and that said funds in the amount of $736.72 be paid to General Electric Company and sent to the address at American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013.

New Orleans, Louisiana, Jan. 7, 2010

JERRY A. BROWN
BANKRUPTCY JUDGE

CC: Financial Administrator

Ms. Nancy C. McMillan
American Property Locators, Inc.
3855 South Boulevard, Suite 200
Edmond, OK 73013